

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Madison Singleton, Appellant

No. 06-17-00082-CV          v.

Terry Bowman, Individually, and Clifford P. Gore, Individually and d/b/a Code J. Transport, Appellees

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13-C-0211-005). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment and remand the issue of damages for a new trial.

We further order that the appellees, Terry Bowman, Individually, and Clifford P. Gore, Individually and d/b/a Code J. Transport, pay all costs of this appeal.

RENDERED FEBRUARY 23, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk